United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Linda Ann Cedeno  
    Debtor

Case No. 22-02194-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: admin      Page 1 of 3  
Date Rcvd: Mar 13, 2023      Form ID: 318      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda Ann Cedeno, 133 Cedar Drive, Long Pond, PA 18334-7887 |
| 5506023 | + | EMERALD LAKES ASSOCIATION, 1112 GLADE DRIVE, LONG POND, PA 18334-7904 |
| 5506024 | + | FIDELITY INVESTMENTS INSTITUTIONAL, OPERATIONS COMPANY INC, 82 DEVONSHIRE STREET, BOSTON, MA 02109-3605 |
| 5506033 | | PPL ELECTRIC UTILITIES, 827 HOUSMAN ROAD, ALLENTOWN, PA 18104-9392 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Mar 13 2023 22:42:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5506018 | | EDI: CAPITALONE.COM | Mar 13 2023 22:41:00 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5506019 | + | EDI: CAPITALONE.COM | Mar 13 2023 22:41:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5506020 | | EDI: CAPONEAUTO.COM | Mar 13 2023 22:41:00 | CAPITAL ONE AUTO FINANCE, PO BOX 60511, CITY OF INDUSTRY, CA 91716-0511 |
| 5506021 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 13 2023 18:43:00 | CREDIT ACCEPTANCE (P), ATTENTION: OPERATIONS SUPPORT, PO BOX 513, SOUTHFIELD, MI 48037-0513 |
| 5506022 | + | EDI: CITICORP.COM | Mar 13 2023 22:41:00 | DSNB/MACYS, PO BOX 8218, MASON, OH 45050 |
| 5506025 | | EDI: AMINFOFP.COM | Mar 13 2023 22:41:00 | FIRST PREMIER, 3820 N LOUISE AVENUE, SIOUX FALLS, SD 57107-0145 |
| 5506026 | | EDI: CBS7AVE | Mar 13 2023 22:41:00 | GINNYS, 1112 7TH AVENUE, MONROE, WI 53566-1364 |
| 5506027 | + | Email/Text: bankruptcy.notices@hdfsi.com | Mar 13 2023 18:44:00 | HARLEY DAVIDSON CREDIT, PO BOX 21829, CARSON CITY, NV 89721-1829 |
| 5506028 | + | Email/Text: bankruptcy.notices@hdfsi.com | Mar 13 2023 18:44:00 | HARLEY DAVIDSON FINANCIAL, 4150 TECHNOLOGY WAY, CARSON CITY, NV 89706-2026 |
| 5506029 | | EDI: IRS.COM | Mar 13 2023 22:41:00 | INTERNAL REVENUE SERVICE, DEPARTMENT OF THE TREASURY, FRESNO, CA 93888-0025 |
| 5506030 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 13 2023 18:44:00 | MIDLAND FUNDING, 320 EAST BIG BEAVER, TROY, MI 48083-1238 |
| 5506031 | + | Email/Text: Bankruptcies@nragroup.com | Mar 13 2023 18:44:00 | NATIONAL GRID NY, C/O NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 5506032 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 13 2023 18:43:00 | NATIONSTAR D/B/A MR. COOPER, PO BOX |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | 60516, CITY OF INDUSTRY, CA 91716-0516 |
| 5506034 | + | EDI: AMINFOFP.COM | Mar 13 2023 22:41:00 | PREMIER BANKCARD/FIRST PREMIER, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4824 |
| 5506035 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 13 2023 18:43:00 | PROGRESSIVE INSURANCE, C/O CAINE & WEINER, PO BOX 55848, SHERMAN OAKS, CA 91413-0848 |
| 5506378 | | EDI: PENNDEPTREV | Mar 13 2023 22:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5506378 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 13 2023 18:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5506036 | + | Email/Text: bankruptcy@rubinrothman.com | Mar 13 2023 18:43:00 | RUBIN & ROTHMAN LLC, PO BOX 9003, ISLANDIA, NY 11749-9003 |
| 5506037 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 13 2023 18:44:00 | SANTANDER CONSUMER USA, PO BOX 961211, FORT WORTH, TX 76161-0211 |
| 5506038 | | Email/Text: enotifications@santanderconsumerusa.com | Mar 13 2023 18:44:00 | SANTANDER CONSUMER USA (C), ATTN BANKRUPTCY DEPT, PO BOX 560284, DALLAS, TX 75356-0284 |
| 5506039 | | EDI: CBS7AVE | Mar 13 2023 22:41:00 | SEVENTH AVENUE, 1112 7TH AVENUE, MONROE, WI 53566-1364 |
| 5506041 | + | EDI: CBS7AVE | Mar 13 2023 22:41:00 | SWISS COLONY, 1112 7TH AVENUE, MONROE, WI 53566-1364 |
| 5506042 | | EDI: RMSC.COM | Mar 13 2023 22:41:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5506092 | + | EDI: RMSC.COM | Mar 13 2023 22:41:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5506043 | | EDI: CITICORP.COM | Mar 13 2023 22:41:00 | THE HOME DEPOT/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5506044 | | Email/Text: bankruptcydepartment@tsico.com | Mar 13 2023 18:44:00 | VERIZON WIRELESS, C/O EOS CCA, PO BOX 981002, BOSTON, MA 02298-1002 |
| 5506045 | + | EDI: BLUESTEM | Mar 13 2023 22:42:00 | WEB BANK/FINGERHUT, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5506040 | | STEPHEN EINSTEIN & ASSO |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2023　　　　　　　　　　Signature:　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John J Martin | pa36@ecfcbis.com  trusteemartin@martin-law.net |
| Michael Patrick Farrington | on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Linda Ann Cedeno lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | Linda Ann Cedeno<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7831<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:22-bk-02194-MJC | |

# Order of Discharge                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Linda Ann Cedeno
aka Linda A. Cedeno, aka Linda Cedeno

3/13/23

**By the court:**

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318            **Order of Discharge**            page 2